# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Lauri Konesky,

                          Plaintiff,                         Civil No. 09-2278 (RHK/RLE)

vs.

                                                   **ORDER**

Champion, Inc., d/b/a Champion Charter
Sales & Service,

                          Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the

United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  August 31, 2009

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge