# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Lauri Konesky,　　　　　　　　　　　　　Civil No: 09-2278 (RHK/RLE)

　　　　Plaintiff,　　　　　　　　　　　　**ORDER**

vs.

Champion, Inc. d/b/a, Champion
Charter Sales & Service,

　　　　Defendant.

---

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. No. 22), **IT IS ORDERED** that all claims asserted in the above-entitled litigation, including all claims for attorneys' fees are **DISMISSED WITH PREJUDICE** on the merits and without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 25, 2010

　　　　　　　　　　　　　　　　　　　　s/Richard H. Kyle
　　　　　　　　　　　　　　　　　　　　RICHARD H. KYLE
　　　　　　　　　　　　　　　　　　　　United States District Judge